PROB 12C
(6/16)

Report Date: July 27, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Paco Campos        Case Number: 0980 2:08CR06088-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 5, 2009

| | | |
|---|---|---|
| Original Offense: | Use of a Firearm in a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 120 Months; TSR - 5 Years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 23, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 22, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: Defendant shall reside in a residential reentry center for a period of up to 180 days.  This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO.  Defendant shall abide by the rules and requirements of the facility.  Defendant shall remain at the facility until discharged by the Court. |
| | **Supporting Evidence**: On March 26, 2018, Mr. Juan Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to remain at the Spokane Residential Reentry Center until discharged by the Court. |
| | Mr. Campos is alleged to have violated special condition number 14 by being unsuccessfully discharged from the Spokane RRC on July 18, 2018, after failing to provide a urinalysis test as required following his return from the community on July 17, 2018. |
| | Specifically, on July 18, 2018, the U.S. Probation Office received notification from the director of the Spokane Residential Reentry Center (RRC) that the client had failed to submit to urinalysis testing as directed by staff on July 17, 2018, after he returned to the facility |

Prob12C
**Re: Campos, Juan Paco**
**July 27, 2018**
**Page 2**

from the community. On both July 18, and again on July 24, 2018, Mr. Campos was contacted, and presented at the U.S. Probation Office in effort to allow staff to address the client's behavior. Mr. Campos admitted to the behavior as alleged by Spokane RRC staff with explanation, indicating that he felt as though staff were rude to him during the interaction, and in which he indicated that he just wanted to eat prior to providing the urinalysis sample as directed. Mr. Campos proceeded to then leave the designated area, against facility procedure, a procedure which Mr. Campos indicated that he was aware of.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 27, 2018

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

July 27, 2018

Date