PROB 12C
(6/16)

Report Date: September 14, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 14, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Paco Campos       Case Number: 0980 2:08CR06088-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 5, 2009

| | | |
|---|---|---|
| Original Offense: | Use of a Firearm in a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 120 Months; TSR - 5 Years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 23, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 22, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Campos is alleged to have violated mandatory condition number 4 by using methamphetamine and marijuana, most recently occurring on September 6, 2018, based on the client's admission. |
| | On March 26, 2018, Mr. Juan Paco Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to refrain from any use of any controlled substance. |
| | Specifically, on September 7, 2018, Mr. Campos reported to the U.S. Probation Office in Spokane as directed, following his previous failure to respond to both voice mails and text messages left and sent respectively by the undersigned officer requesting that he contact the undersigned officer. During Mr. Campos' report to the U.S. Probation Office on the day in |

Prob12C
Re: Campos, Juan Paco
September 14, 2018
Page 2

question, Mr. Campos admitted to initially relapsing on methamphetamine on or about Saturday, September 1, 2018, after running into an old associate in Spokane. Mr. Campos stated that he then continued to use methamphetamine on a daily basis with his last use occurring on September 6, 2018. Mr. Campos also admitted during the contact to additionally using marijuana on September 6, 2018, indicating that he did so in an attempt to help himself recover from his admitted use of methamphetamine. Mr. Campos did sign a drug use admission form documenting his admitted use of both methamphetamine and marijuana last occurring on September 6, 2018.

3   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Campos is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office in Spokane as directed on September 13, 2018.

On March 26, 2018, Mr. Juan Paco Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to be truthful when responding to inquiries made by his U.S. probation officer, and that he was required to follow all instructions of the U.S. probation officer.

Specifically, on September 10, 2018, Mr. Campos reported to the U.S. Probation Office in Spokane to submit to urinalysis testing as previously directed. Mr. Campos subsequently submitted a urinalysis sample that was presumptively positive for methamphetamine. Given the recent time frame of his admitted use of methamphetamine, previously occurring on or about September 6, 2018, Mr. Campos was directed to report back to the U.S. Probation Office in Spokane on Thursday, September 13, 2018, to ensure that he could provide a urinalysis sample that was in fact negative for all drugs tested for.

Additionally, on September 12, 2018, the undersigned officer spoke with the client telephonically, and again reminded the client of his requirement to report on Thursday, September 13, 2018, as previously directed, prior to 9:00 a.m., to which Mr. Campos committed to doing.

Unfortunately, Mr. Campos then failed to report as directed at any time on September 13, 2018, and subsequent voice mails and text messages left for and sent to the client respectively on the day in question have gone without response. On September 14, 2018, the undersigned officer spoke with the client's housing provider who indicated that the client had not stayed at the residence the night before and that he had not seen or heard from the client since Wednesday, September 12, 2018. The provider also noted that the client was failing to respond to his voice mails requesting contact. At this time, the client's whereabouts and his reason for failing to report as directed are unknown, and it would appear that the client has chosen to abscond from supervised release.

Prob12C
**Re: Campos, Juan Paco**
**September 14, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 14, 2018

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

9-14-18

Date