PROB 12C
(6/16)

Report Date: October 11, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Paco Campos | Case Number: 0980 2:08CR06088-EFS-1 |

Address of Offender: Unknown, Spokane, WA 99201

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 5, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Use of a Firearm in a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) | | |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 23, 2018 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 22, 2023 | |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/27/2018, and 09/14/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Campos is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office in Spokane, as directed on October 9, 2018. |
| | On March 26, 2018, Mr. Juan Paco Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to be truthful when responding to inquiries made by his U.S. probation officer, and he was required to follow all instructions of the U.S. probation officer. |
| | Specifically, on October 9, 2018, the U.S. Probation Office in Spokane received notification from Pioneer Center East, where the client was engaged in inpatient chemical dependency treatment services, that the client was being unsuccessfully discharged from inpatient services for his alleged receipt of two "drops" through their exterior fence on two separate occasions that staff believed contained methamphetamine and behavior which staff indicated |

Prob12C
Re: Campos, Juan Paco
October 11, 2018
Page 2

was caught on their surveillance system, for testing positive for methamphetamine while at the facility, providing methamphetamine to others in the treatment facility, and for lying about his conduct. In response to notification of the client's unsuccessful discharge from the facility, Mr. Campos was directed by United States probation officer Andrade to report to the U.S. Probation Office on the day in question prior to 1:30 p.m.; however, Mr. Campos failed to report as directed.

During a follow-up conversation with Pioneer Center East staff, it was learned staff had in fact transported the client to the front of the United States Federal Building in Spokane, just prior to 1:30 p.m., and stated the client had informed staff he needed to see his family prior to reporting as directed. Mr. Campos' current whereabouts are unknown.

5     **Special Condition** : You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Mr. Campos is alleged to have violated the above special condition by being unsuccessfully discharged from inpatient chemical dependency services with Pioneer Center East located in Spokane, Washington, on October 9, 2018.

On September 28, 2018, Mr. Juan Paco Campos appeared before the Court and was advised as to the Court's intent to modify his conditions of supervised release, to include a condition requiring inpatient treatment being imposed. Mr. Campos was reminded of this imposed condition and expectations for his behavior while in the facility on October 4, 2018, following his release from the Spokane County Jail, and just prior to his transport to Pioneer Center East. Mr. Campos agreed to comport himself in an appropriate manner.

Specifically, on October 9, 2018, the U.S. Probation Office in Spokane received notifications from Pioneer Center East, where the client was engaged in inpatient chemical dependency treatment services, that the client was being unsuccessfully discharged from inpatient services for his alleged receipt of two "drops" through their exterior fence on two separate occasions, which staff believed contained methamphetamine and behavior which staff indicated was caught on their surveillance system, for testing positive for methamphetamine while at the facility, providing methamphetamine to others in the treatment facility, and for lying about his conduct. In response to notification of the client's unsuccessful discharge from the facility, Mr. Campos was directed by United States probation officer Andrade to report to the U.S. Probation Office on the day in question prior to 1:30 p.m.; however, Mr. Campos failed to report as directed.

During a follow-up conversation with Pioneer Center East staff, it was learned staff had in fact transported the client to the front of the United States Federal Building in Spokane, just prior to 1:30 p.m, and stated the client had informed staff he needed to see his family prior to reporting as directed. Mr. Campos' current whereabouts are unknown.

Prob12C
**Re: Campos, Juan Paco**
**October 11, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

October 11, 2018

Date