PROB 12C
(6/16)

Report Date: October 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Paco Campos       Case Number: 0980 2:08CR06088-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 5, 2009

| | |
|---|---|
| Original Offense: | Use of a Firearm in a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (November 15, 2018) | Prison - 11 Months; TSR - 49 Months | |
| Asst. U.S. Attorney: | Daniel H. Fruchter | Date Supervision Commenced: August 30, 2019 |
| Defense Attorney: | William Miles Pope | Date Supervision Expires: September 29, 2023 |

## PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Campos is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about September 17 and 25, 2019, and by using marijuana on or about September 15, 2019, based on urinalysis testing and the client's admission of such use.

On September 4, 2019, Mr. Juan Paco Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to refrain from any use of any controlled substance.

Specifically, on September 17, 2019, the client reported to the U.S. Probation Office in Spokane as directed and submitted to urinalysis testing, the results of which reflected as

Prob12C
Re: Campos, Juan Paco
October 1, 2019
Page 2

being presumptive positive for methamphetamine. Mr. Campos denied any illicit drug use and the sample was forwarded to the contract laboratory for testing. On September 24, 2019, lab confirmation was received with respect to the sample submitted, confirming the sample as being positive for methamphetamine.

On September 25, 2019, Mr. Campos again reported as directed, and indicated he had just submitted to random urinalysis testing on the day in question with the contract provider, in which his sample as provided was in fact again presumptive positive for methamphetamine. Mr. Campos subsequently admitted to ingesting methamphetamine most recently occurring on September 24, 2019, and signed a drug use admission form. Mr. Campos did, however, deny intentionally ingesting methamphetamine prior to September 17, 2019, as confirmed by the initial laboratory report, stating he instead used only marijuana. The client did admit to being in the presence of a number of individuals who were actively using a variety of illicit substances.

2     **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Campos is alleged to have violated standard condition number 13 by failing to report as directed on September 30, 2019.

On September 4, 2019, Mr. Juan Paco Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to follow all instructions of the probation officer related to his conditions of supervision.

Specifically, on September 25, 2019, the client reported to the U.S. Probation Office in Spokane as directed and admitted to using methamphetamine most recently occurring on September 24, 2019. Mr. Campos opined for additional assistance and inquired about access to inpatient services. Mr. Campos indicated he could maintain his sobriety until services could be secured, and he was directed to report back to the U.S. Probation Office on Monday (September 30, 2019) for urinalysis testing. Mr. Campos subsequently failed to report as directed, and both text messages and voice mails sent to and left for the client respectively have gone without response.

3     **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Campos is alleged to have violated special condition number 2 by being unsuccessfully terminated from the Spokane Residential Reentry Center (RRC) on September 13, 2019.

On September 4, 2019, Mr. Juan Paco Campos signed his conditions relative to case number 2:08CR06088-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Campos was made aware by his U.S. probation officer that he was required to abide by all RRC rules and requirements until he was authorized release by the Court or by the U.S. Probation Office.

Prob12C
Re: Campos, Juan Paco
October 1, 2019
Page 3

Specifically, on September 13, 2019, Mr. Campos was unsuccessfully discharged from the Spokane RRC after staff observed him having inappropriate physical contact with a female resident of the facility. Mr. Campos denies some aspects of the accusation, but does admit to engaging in horseplay with the party in question.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 1, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer


THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

October 2, 2019
Date